# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:18-00070-11

CHARLES EDWARD GRAVES, JR.
    also known as "Bo"

## ORDER

Pending is Defendant's Motion to Terminate Defendant's Supervised Release Term. ECF No. 746. After consultation with the United States Probation Office and the United States Attorney, the Court **DENIES** Defendant's Motion.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:    June 4, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE